BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ALLYSON MACHADO,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 1:10-CV-01797-SMS<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following actions:  (1) update the medical record; (2) further consider the claimant's available occupational base with respect to her residual functional capacity; and (3) obtain supplemental vocational evidence, explaining any inconsistencies that exist between that evidence and the Dictionary of Occupational Titles.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: May 16, 2011         /s/ Laura E. Krank
                           (As authorized by email on 5/16/11 at 1:04 p.m.)
                           LAURA E. KRANK
                           Attorney for Plaintiff

Date: May 16, 2011         BENJAMIN B. WAGNER
                           United States Attorney
                           LUCILLE GONZALES MEIS
                           Regional Chief Counsel, Region IX
                           Social Security Administration

                    By     /s/ Lynn M. Harada
                           LYNN M. HARADA
                           Special Assistant U.S. Attorney
                           Attorneys for Defendant

ORDER

IT IS SO ORDERED.

**Dated:   May 17, 2011**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Remand: 1:10-CV-01797-SMS   2